UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                       CASE: A20-72977-PWB

REGINALD JAMES BARTHOLOMEW               CHAPTER 13

Debtor

## NOTICE OF INTENT TO PAY LATE-FILED CLAIM

COMES NOW K. EDWARD SAFIR, Standing Chapter 13 Trustee herein, and files herewith his **NOTICE OF INTENT TO PAY LATE-FILED CLAIM**. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| **Court Claim #** | **Name and Payment Address of Creditor** | **Claim Amount** |
|---|---|---|
| 5 | RUSHMORE LOAN MANAGEMENT SERVICES, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 52708<br>IRVINE, CA  92619-2708 | $93,919.26<br>Plus interest at 3.25% |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the right of the Debtor or Debtor's attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Dated: April 14, 2023                                  Respectfully submitted,

                                                                      _/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com

A20-72977-PWB

# CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

REGINALD JAMES BARTHOLOMEW
1803 TREERIDGE PKWY
ALPHARETTA, GA 30022

RUSHMORE LOAN MANAGEMENT SERVICES
ATTN: BANKRUPTCY ADMINISTRATOR
P.O. BOX 55004
IRVINE, CA  92619-2708

BROCK & SCOTT, PLLC
ATTN: RYAN STARKS
8757 RED OAK BLVD, SUITE 150
CHARLOTTE, NC  28217

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CHRIS CAROUTHERS & ASSOCIATES

Dated: April 14, 2023

                                                 Respectfully submitted,

                                               _/s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com