UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>REGINALD JAMES BARTHOLOMEW<br>    DEBTOR<br><br>Rushmore Loan Management Services LLC<br>    MOVANT<br><br>v.<br><br>REGINALD JAMES BARTHOLOMEW,<br>    DEBTOR<br>Carroll BartholomewCarroll Bartholomew<br>    CO-DEBTOR<br>and<br>S. Gregory Hays,<br>    TRUSTEE<br>        RESPONDENTS | CHAPTER 7<br><br>CASE NO.: 20-72977-pwb<br><br><br><br><br>CONTESTED MATTER |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that Rushmore Loan Management Services LLC has filed a Motion for Relief from Stay and related papers with the Court seeking an order for Relief from Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:15 AM** on **October 25, 2023** in **Courtroom 1401,** United States Courthouse, 75 Ted Turner Drive, SW, Atlanta GA 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court

to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta GA 30303.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated:    August 21, 2023            SIGNATURE   */s/ Ryan Starks*
                                                 Ryan Starks
                                                 Bar No. 676512
                                                 Counsel for Movant
                                                 BROCK & SCOTT, PLLC
                                                 3825 Forrestgate Dr.
                                                 Winston-Salem, NC 27103
                                                 Telephone: (844) 856-6646
                                                 Facsimile: 704-369-0760
                                                 E-Mail: GABKR@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>**REGINALD JAMES BARTHOLOMEW**<br>　　　　　**DEBTOR** | **CASE NO. 20-72977-PWB**<br>**CHAPTER 7** |

### CERTIFICATE OF SERVICE

　　This is to certify that I have on this day electronically filed the foregoing Notice Of Reset Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

S. Gregory Hays
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Christopher Carouthers, Esq.
Suite 131
2250 North Druid Hills Rd.
Atlanta, GA 30329

　　I further certify that on this day I caused a copy of this document to be served via United States first class mail, with adequate postage prepaid, on the following parties set forth below at the address shown for each:

REGINALD JAMES BARTHOLOMEW
185 Ledon Lane
Lawrenceville, GA 30043

Carroll Bartholomew, Co-Debtor
800 Maple Woods Cir
Pensacola, FL 32534


This 21st Day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Ryan Starks*
　　　　　　　　　　　　　　　　　　　　　　　　Ryan Starks, GA Bar No. 676512
　　　　　　　　　　　　　　　　　　　　　　　　Travis Menk, GA Bar No. 632610

Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: GABKR@brockandscott.com